IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24-cr-00212 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| CHANTEZ MOORE ET. AL., | ) | **DEFENDANTS' JOINT MOTION TO** |
| | ) | **CONTINUE ALL DATES AND** |
| Defendant. | ) | **DEADLINES** |
| | ) | |

Now comes Defendants Chantez Moore and Kevin Lanier, by and through their undersigned counsel and hereby respectfully request this Honorable Court to continue all dates and deadlines. The parties are engaged in receiving and reviewing voluminous discovery material and need additional time to complete that process. In addition, it is anticipated that a Superseding Indictment will be filed in this matter. This request is made in the interest of justice and not for the purposes of delay. Assistant United States Vasile C. Katsaros has indicated to defense counsel there is no objection by the government for the Court to grant this request. This request is more thoroughly explained in the attached Memorandum in Support, which is incorporated herein by reference.

          Respectfully Submitted,

          s/ Marisa L. Serrat
          **JAIME P. SERRAT LLC**
          Marisa L. Serrat, (#00888410)
          55 Public Square
          2100 Illuminating Building
          Cleveland, OH 44113
          (216) 696-2150; (216) 696-1718- fax
          Mserratlaw@gmail.com
          Counsel for Defendant Kevin Lanier

**MEMORANDUM IN SUPPORT**

A criminal indictment was filed against Chantez Moore and Kevin Lanier on June 12, 2024. (Indictment, R. 7). This Honorable Court's Trial Order indicates that the Final Pretrial Conference is scheduled for August 5, 2024 and the Jury Trial is scheduled for August 12, 2024.

Defendants Chantez Moore and Kevin Lanier have been advised by their respective counsel, and fully understand, that they are entitled to the commencement of a trial within seventy (70) days after their arraignment, or the filing of an indictment, whichever occurs later; or that the case against him shall be dismissed pursuant to the Speedy Trial Act. The defendants have acknowledged their understanding of those rights.

In the instant case, having full knowledge of the particulars of the Speedy Trial Act as they relate to the dismissal of cases for failure to commence trial, the defendants respectfully submit that the interests of justice will be best served by granting the continuance requested herein. Pursuant to Section 3161(h) of the Speedy Trial Act, certain periods of delay shall be excluded in computing the time within which the trial of any offense must commence. Specifically, Title 18, Section 3161(h)(8)(A) provides for the exclusion of delay which is brought about by a continuance granted by a judge when such continuance will serve the interests of justice. To that end, Title 18, Section 3161(h)(8)(A) specifically provides:

> Any period of delay resulting from continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Since the commencement of this matter, defense counsel have requested and are anticipating significant discovery material from counsel for the government. Defense counsel need additional time to properly prepare for trial in this matter, including but not limited to

performing investigative work, legal research, and preparing pretrial motions. Defense counsel also needs additional time to continue discussing this case with the counsel for the government prior to trial.

    Counsel for the defendants respectfully submit that this Motion is made in good faith and for the purpose of promoting the ends of justice. Defense counsel has been in contact with Government and this Motion is made without the Government's objection. Therefore, Defendants Chantez Moore and Kevin Lanier hereby move this Honorable Court to continue all dates and deadlines in this matter to dates that are convenient for the Court.

    Respectfully Submitted,

s/ Marisa L. Serrat_____
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#00888410)
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
Mserratlaw@gmail.com
Counsel for Defendant Kevin Lanier

s/ Bret Jordan_____
**BRET JORDAN**
1900 Terminal Tower
50 Public Square
Cleveland, OH 44113
216-640-8888
Fax: 216-357-3305
bret@jordancriminaldefense.com
Counsel for Defendant Chantez Moore

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          Respectfully submitted,

          s/ Marisa L. Serrat
          **JAIME P. SERRAT LLC**
          Marisa L. Serrat, (#00888410)
          Counsel for Defendant Kevin Lanier