UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: September 10, 2024

CASE NO. 1:24 CR 212

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

CHANTEZ MOORE (1)
KEVIN LANIER (2)

APPEARANCES:  Plaintiff: Vasile Katsaros
Defendant: Bret Jordan (1), Marisa Serrat (2)

PROCEEDINGS: Telephonic PT held w/ all counsel participating — Subsequent to original charges, USA executed several warrants + confiscated 60 lbs. of fentanyl. There should be a superceding indictment. Def's Motion to extend discovery dates is gntd for good cause + in the interests of justice. Trial cont'd @ each Def's request — FPT set 12/2/24 @ 8:45 AM

Length of Proceedings: 15 min

_____
Donald C. Nugent   9/10/24
United States District Judge